IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAQUINE R. TAYLOR, #167 813     ) | |
| ) | |
| Petitioner,     ) | |
| ) | |
| v.     ) | CIVIL ACT. NO.:2:12-CV-563-TMH |
| ) | [WO] |
| JIMMY PATRICK (ACTING     ) | |
| WARDEN), et al.,     ) | |
| ) | |
| Respondents.     ) | |

RECOMMENDATION OF THE MAGISTRATE JUDGE

Petitioner filed this application for habeas relief on June 15, 2012. On January 31, 2013 he filed a motion to dismiss his petition stating he has unresolved issues regarding his case which he wishes to present to the state courts. Upon review of the file in this case, the court concludes that Petitioner's motion to dismiss is due to be granted. Accordingly, it is the RECOMMENDATION of the Magistrate Judge that Petitioner's motion to dismiss (Doc. No. 20) be granted and that this case be DISMISSED without prejudice.

It is further ORDERED that on or before February 27, 2013 the parties may file an objection to the Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.  Failure to file a written objection to the proposed findings and

recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 13th day of February, 2013.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE