IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAQUINE R. TAYLOR, #167813, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:12cv563-TMH |
| | )                     (WO) |
| JIMMY PATRICK (ACTING WARDEN), *et al.*, | ) |
| | ) |
| Respondents. | ) |

**OPINION and ORDER**

On February 13, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED, the petitioner's motion to dismiss be and is hereby GRANTED and this case be and is hereby DISMISSED without prejudice.

Done this the 15th day of March, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE